JUDGE RONALD B. LEIGHTON

LODGED
RECEIVED

DEC 23 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-5665RBL |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE INDICTMENT UNDER SPEEDY TRIAL ACT |
| vs. | |
| AMADO PEREZ-CORTES, | |
| Defendant. | |

The Court, having considered the Motion To Extend Time To File Indictment Under Speedy Trial Act finds that:

1. Mr. Perez-Cortes is charged by Complaint with one count of Illegal Reentry After Deportation, in Violation of Title 8, United States Code, Section 1326(a).

2. Mr. Perez-Cortes made his initial court appearance on December 5, 2013.

3. Counsel is seeking an Order continuing the time within which an Indictment must be filed on the grounds that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(7)(A), (B)(i) and (B)(iv).

4. The defendant has executed a Waiver of Speedy Indictment waiving rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 in this regard, and has further agreed that the period from January 4, 2014, until February 4, 2014, shall be an excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

In light of the foregoing, IT IS HEREBY ORDERED that the time to file an Indictment

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO FILE INDICTMENT – 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1  be continued to February 4, 2014. The period of delay resulting from this continuance from
2  January 4, 2014, until February 4, 2014, is hereby excluded for speedy trial purposes under 18
3  U.S.C. §3161(h)(7).

4  IT IS SO ORDERED this **23rd** day of December, 2013.

6  _____
   RONALD B. LEIGHTON
7  UNITED STATES DISTRICT JUDGE

8  Presented by:

10 s/ *Jerome Kuh*
   Jerome Kuh
11 Attorney for Amado Perez-Cortes

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO FILE INDICTMENT – 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710